**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRUCE L. WISHNEFSKY, | : | No. 176 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FANELLI, EVANS AND PATEL, P.C., | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

 **AND NOW**, this 18th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.